**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

Civil Action Number: 3:16-cv-00706-MCR-CJK

WALTER JOSEPH BECKMAN, On His Own Behalf, and On Behalf of All Other Individuals Similarly Situated,

Plaintiff,

vs.

WINN DIXIE STORES, INC.

Defendant.

---

**PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

---

Plaintiff Walter Joseph Beckman (hereinafter, the "Plaintiff"), by and through his undersigned counsel, hereby respectfully files Plaintiff's Motion for Leave of the Court to Amend the Complaint and Incorporated Memorandum of Law and in support thereof states:

1. The Plaintiff filed his Complaint on December 28, 2016 [DE 1].

2. Defendant has entered an appearance and on January 27, 2017 filed its Motion to Dismiss [DE #9]. Plaintiff filed Response in Opposition to Defendant's Motion to Dismiss [DE #15] on February 28, 2017, and Oral Argument is currently set to be heard before this Honorable Court.

3. While reviewing the facts of the case with Plaintiff, the undersigned became aware of additional facts which amounts to newly discovered evidence for Plaintiff's cause.

4. The additional evidence is good cause for amending the Complaint. Amending the Complaint is essential and required to include within the Complaint additional factual information directly supplied by Plaintiff Walter Joseph Beckman, which facts are pertinent to the alleged violations of the Americans with Disabilities Act by Defendant Winn Dixie Stores, Inc.

5. In addition, undersigned as narrowed the defined Class of Individuals Similarly Situated in the Class Action allegations.

6. This amendment is in the interest of justice and is not brought for purposes of harassment or delay.

7. This request for amendment is filed within the deadline for Amendment, as no deadline has been stated; the court has not yet issued its Scheduling Order.

8. Plaintiff contends that this request will not prejudice the Defendant.

## MEMORANDUM OF LAW

This filing is in accordance with U.S.D.C. Northern District of Florida Local Rules of Civil Procedure Rules 7.1, and has been filed according to Local Rule 15.1, as a copy of the proposed amendment of the Complaint is included hereto as Exhibit A.

Fed.R.Civ.P.15 (a)(2) states that a party may amend a pleading with the court's leave, and the court should freely give leave when justification so requires.

WHEREFORE, Plaintiff, and Plaintiff's counsel, respectfully request that the Court grant Plaintiff's Motion for Leave of the Court to Amend the Complaint.

## CERTIFICATION

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7.1(B) and (C), the undersigned hereby certifies that good faith efforts were made to attempt to resolve this matter prior to the filing of this Motion in an attempt to file as unopposed by the Defendant. On April

6, 2017, the undersigned conferred with counsel for the Defendant regarding the filing of this instant motion. Defendant's counsel has indicated that she opposes the filing of this instant motion.

Dated this 6th day of April, 2017.

Respectfully Submitted,

*s/ Scott R. Dinin*
Scott R. Dinin
Law Office of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
E-mail: inbox@dininlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and that I have served a true and correct copy of the foregoing by email to the following on this 6th day of April, 2017 to:

Susan V. Warner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
50 N. Laura Street, 41st Floor
Jacksonville, Florida 32205
Tel: (904) 665-3600
Fax: (904) 665-3699
email: Susan.warner@nelsonmullins.com
*Attorneys for Defendant, Winn-Dixie Stores, Inc.*