UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Civil Action Number:  3:16-cv-00706-MCR-CJK

WALTER JOSEPH BECKMAN, On His
Own Behalf, and On Behalf of All Other
Individuals Similarly Situated,

Plaintiff,

v.

WINN-DIXIE STORES, INC.,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), the Plaintiff Walter Joseph Beckman ("Plaintiff") hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant Winn Dixie Stores, Inc.

Dated: July 14, 2017

Respectfully Submitted,

*s/ Scott R. Dinin*
Scott R. Dinin
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
inbox@dininlaw.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and as such will be sent to counsel for Defendant as follows:

Susan V. Warner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
50 N. Laura Street, 41st Floor
Jacksonville, Florida 32205
Tel: (904) 665-3600
Fax: (904) 665-3699
Email: Susan.warner@nelsonmullins.com

*Attorneys for Defendant, Winn-Dixie Stores, Inc.*

*s/ Scott R. Dinin*