UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER JOSEPH BECKMAN,

    Plaintiff,

v.                              Case No. 3:16cv706-MCR-CJK

WINN-DIXIE STORES INC
doing business as
www.winndixie.com,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal, ECF No. 45. There has been no answer in the case. Therefore, the oral argument is cancelled, and the Clerk is directed to close the file.

**DONE and ORDERED** on this 14th day of July, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**